UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FAREED ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01569-AGF |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motion (ECF No. 142) for a protective order to limit Plaintiff's planned deposition of Mayor Lyda Krewson to a total of 3.5 hours, in light of the Mayor's other duties and time demands in the closing days of her term of office, her relatively limited knowledge of the events at issue, and her prior deposition in a related case, a transcript of which has been made available to Plaintiff. Plaintiff opposes the motion, arguing that although he anticipates the deposition of Mayor Krewson will be "well below the seven-hour limit" (ECF No. 145 at 3), this Court should not impose a time limit. Plaintiff argues that the deposition can be postponed to sometime after Mayor Krewson leaves office on April 18, 2021, that the Mayor's prior deposition in the related case did not address all of the events at issue in this case, and Plaintiff has already agreed to only take one deposition of Krewson in connection with the 12 related cases filed on or about the same date as this case.

Upon careful consideration of the parties' arguments, in light of the

proportionality concerns of Federal Rule of Procedure 26, the nature of the legal claims, the discovery at issue, and the prior related discovery, the Court concludes that Defendants have demonstrated good cause for a protective order.  The Court will limit the deposition of Mayor Krewson to four hours and encourages all parties to work in good faith and efficiently to complete the deposition in that time frame.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for a protective order is **GRANTED in part**, such that Plaintiff's noticed deposition of Mayor Lyda Krewson shall be limited to a total of four hours.

                                                           _____
                                                           AUDREY G. FLEISSIG
                                                           UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2021.