**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| FAREED ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-01569-AGF |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT

1. On Friday, December 16, 2022, the parties in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP reached a settlement and executed a memorandum of understanding.

2. *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP is a class action suit related to the same mass arrest event that is the subject of this lawsuit.

3. By the terms of the *Street* settlement, Plaintiff in this case will be included in the *Street* class.

4. The parties are working to expeditiously file a motion for preliminary approval of class certification and the settlement, and they will finalize the proposed terms and request preliminary approval of the Court within 30 days.

5. Accordingly, the parties respectfully request that the Court stay this matter until final approval of class certification in *Street,* at which point Plaintiff will move to dismiss this matter.

1

Respectfully submitted,

| | |
|---|---|
| **KHAZAELI WYRSCH LLC** | **SHEENA HAMILTON**<br>**CITY COUNSELOR** |
| /s/ James R. Wyrsch | /s/ Brandon Laird |
| James R. Wyrsch, 53197MO | Brandon Laird 65564 MO |
| Javad M. Khazaeli, 53735MO | lairdb@stlouis-mo.gov |
| John M. Waldron, 70401MO | Abby Duncan 67766 MO |
| 911 Washington Avenue, Suite 211 | duncana@stlouis-mo.gov |
| St. Louis, MO 63101 | Adriano Martinez 69214 MO |
| (314) 288-0777 | martineza@stlouis-mo.gov |
| (314) 400-7701 (fax) | Assistant City Counselors |
| james.wyrsch@kwlawstl.com | |
| javad.khazaeli@kwlawstl.com | 1200 Market St. City Hall, Rm 314 |
| jack.waldron@kwlawstl.com | St. Louis, MO 63103 |
| | 314-622-3361 |
| **CAMPBELL LAW LLC** | Fax 314-622-4956 |
| Alicia Campbell, 59586MO | *Attorneys for Defendants* |
| John Campbell, 59318MO | |
| 3470 S. Jefferson | |
| St. Louis, Missouri 63114 | |
| alicia@campbelllawllc.com | |
| john@campbelllawllc.com | |
| *Attorneys for Plaintiff* | |